NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEIKA YVETTE COOKE,**
*Petitioner,*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2013-3030

---

Petition for review of the Merit Systems Protection Board in No. DC0752100760-I-3.

---

**JUDGMENT**

---

MARTIN F. MCMAHON, McMahon & Associates, of Washington, DC, argued for petitioner.

HILLARY A. STERN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and TODD M. HUGHES, Deputy Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (RADER, *Chief Judge,* DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 12, 2013　　　　 /s/ Daniel E. O'Toole
　　　Date　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　Clerk